**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 21-742-JFW(Ex)**                                    Date:  May 13, 2021

Title:        Catherine Condon *-v-* ADT LLC

**PRESENT:**
        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

         **Shannon Reilly**                                    **None Present**
         **Courtroom Deputy**                                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                  None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TO SHOW CAUSE WHY THE COURT SHOULD
                                         NOT COMPEL ARBITRATION OF THIS ACTION**

        In reviewing Defendant ADT, LLC's Motion to Dismiss First Amended Complaint, the Court discovered that the parties entered into an arbitration agreement which provides in relevant part:

        ADT AND I AGREE THAT ANY AND ALL DISPUTES BETWEEN US SHALL BE
        GOVERNED BY THIS BINDING ARBITRATION AGREEMENT.  Arbitration is a
        dispute-resolution process that does not involve a judge or jury.  Instead, Disputes
        are decided by a neutral third-party arbitrator in a process that is less formal than
        court.  As used herein, the term "Dispute" means any claim or controversy, including,
        but not limited to, initial claims, counterclaims, cross-claims and third-party claims,
        whether based in contract; tort; fraud; intentional acts; violation of any statute, code
        or regulation; or other legal theory.  The term "Dispute" shall be given the broadest
        possible meaning and will apply to, without limitation, all claims and controversies
        arising from this Agreement; sales activities; goods and services; advertisements,
        promotions and other statements; billing and collection practices; privacy; and any
        other dispute arising from my interaction or relationship with ADT.  ADT agrees not to
        elect arbitration if I file a Dispute in a small claims court in my state of residency so
        long as the Dispute is individual and non-representative in nature and remains
        exclusively as such in small claims  court. . . . .

Defendant's Motion to Dismiss, Ex. A. Accordingly, the Court hereby orders the parties to show cause, in writing, no later than **May 17, 2021**, why this action should not proceed to arbitration in accordance with the parties' agreement.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the

Initials of Deputy Clerk __sr__

Order to Show Cause will result in the Court entering an order compelling the parties to arbitrate this action.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_